**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-1016**

---

In re: BRANDON MICHAEL PICKENS,

       Petitioner.

---

Appeal from the United States District Court for the Western District of North Carolina, at Asheville.  Martin K. Reidinger, Chief District Judge.  (5:22-cv-00169-MR)

---

Submitted:  February 28, 2024                              Decided:  March 8, 2024

---

Before WILKINSON, WYNN, and HARRIS, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Brandon Michael Pickens, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brandon Michael Pickens petitions for a writ of mandamus, alleging that the district court has unduly delayed in adjudicating Respondent's motion for summary judgment in Pickens' 28 U.S.C. § 2241 petition.  Pickens seeks an order from this court directing the district court to act, but our review of the district court's docket reveals that the district court adjudicated the summary judgment motion on February 14, 2024.  Accordingly, because the district court has recently decided the motion and denied Pickens' § 2241 petition, we deny the mandamus petition as moot.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*